JUDKINS v. MYERS.

Opinion delivered October 11, 1909.

BILL OF EXCEPTIONS—TIME FOR FILING.—Where, on January 29, 1908, the trial court gave appellant 6 months in which to file a bill of exceptions, a bill filed on July 30 following was too late.

Appeal from Lawrence Circuit Court, Western District; *Eugene Lankford,* Judge; affirmed.

*J. B. Judkins,* for appellants.

*Campbell & Suits,* for appellees.

The judgment should be affirmed because appellants have failed to present a sufficient abstract of the testimony and of the instructions given and refused. 90 Ark. 161, 214, 230,. 393, 398; 89 Ark. 41; 88 Ark. 449; 87 Ark. 368. It should be affirmed because the bill of exceptions was not filed within the time allowed by the trial court.

BATTLE, J. On the 29th day of January, 1908, the trial court overruled the appellants' motion for a new trial, and gave them six months within which to file a bill of exceptions. On the 30th day of July, 1908, at 58 minutes past 11 o'clock P. M., they filed a bill of exceptions. It was then too late, and their bill of exceptions formed no part of the record, and there is nothing presented to us for consideration, the questions in the case being such as could be presented only by a bill of exceptions.

Judgment affirmed.